In the Matter of RUBY P. DAVIS, Respondent, against PATRICK WALSH, Fire Commissioner of the City of New York, et al., Comprising the Board of Trustees of the City of New York Fire Department Pension Fund, et al., Respondents, and MARY HERGENROTHER, Intervener, Appellant.

Argued May 19, 1943; decided June 18, 1943.

*H. H. Nordlinger, Leonard Lazarus* and *J. M. Dinnes* for appellant.

*Adelbert W. Bailey* and *Louis E. Cooper* for Ruby P. Davis, respondent.

*Robert H. Schaffer, Acting Corporation Counsel (Charles F. Murphy* and *William S. Lebwohl* of counsel), for Patrick Walsh, et al., respondents.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS and DESMOND, JJ. Dissenting: RIPPEY and CONWAY, JJ. Taking no part: THACHER, J.